# UNITED STATES DISTRICT COURT
for the

__Western__ District of __New York__

_____ Division

Daniel Gonzalez

Plaintiff(s)

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Kathy Hochul
John Garcia
Erie County correctional facility
City of Buffalo Police Department

Defendant(s)

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. __25 CV 6436-W__
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☑ Yes  ☐ No

FILED AUG 21 2025
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Daniel Gonzalez Icn. 149296 |
| Street Address | 11581 Walden Avenue |
| City and County | Alden      Erie |
| State and Zip Code | New York     14004 |
| Telephone Number | 716-937-5585 |
| E-mail Address | Not at this time |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Kathy Hochul (individual)   John Garcia (individual)
Erie County Correctional Facility, City of Buffalo Police Department
(Both Government agency)

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: Kathy Hochul
- Job or Title (if known): Governor of the State of New York
- Street Address: The Capital, 2301 Empire Plaza
- City and County: Albany   Albany
- State and Zip Code: New York   12223
- Telephone Number: unknown.
- E-mail Address (if known): unknown at this time

Defendant No. 2
- Name: John Garcia
- Job or Title (if known): Erie County Sheriff
- Street Address: 10 Delaware AVE
- City and County: Buffalo   Erie
- State and Zip Code: New York   14202
- Telephone Number: 716-858-1757
- E-mail Address (if known): unknown at this time

Defendant No. 3
- Name: Erie County correctional facility
- Job or Title (if known): Jail management
- Street Address: 1158 Walden AVE
- City and County: Alden   Erie
- State and Zip Code: New York   14004.
- Telephone Number: 716-937-5585
- E-mail Address (if known): unknown at this time

Defendant No. 4
- Name: City of Buffalo Police Department
- Job or Title (if known): law enforcment
- Street Address: 1 Niagara Sq.
- City and County: Buffalo   Erie
- State and Zip Code: New York   14202
- Telephone Number: 716- unknown
- E-mail Address (if known): unknown at this time

---

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question   [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. 1, 2, 5, 8, 13, 14, 26 Amedments all violated US-UN treaties of human rights, federal and state laws on religion, federal and state laws on race and slavery, the violation of life, liberty and the pursuit of happiness, provisions set forth on free speech.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* N/A, is a citizen of the State of *(name)* N/A.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* N/A, is incorporated under the laws of the State of *(name)* N/A, and has its principal place of business in the State of *(name)* N/A.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* N/A, is a citizen of the State of *(name)* N/A. Or is a citizen of *(foreign nation)* N/A.

      b.    If the defendant is a corporation

The defendant, *(name)* N/A , is incorporated under the laws of the State of *(name)* N/A , and has its principal place of business in the State of *(name)* N/A .

Or is incorporated under the laws of *(foreign nation)* N/A , and has its principal place of business in *(name)* N/A .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    **The Amount in Controversy**

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
I am seeking Relief from damages in the amount of **88 million dollars.**

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On or about May, 25, 2024 an invasion of my unalienable rights begain, rights provided for and given to me at birth, born to a free people of a free Nation as a free man, protected by the unbreakabl Suprem law of the land, The Constitution of the United States. Please see additional page # 1 for more info.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am seeking Relief for damages in the amount of **88 million dollars** .Also I would ask this court for futher Relief, for the following : and what other Relief this court in its wisdom sees fit. I am also seeking Relief of and from the federal Courts to overRide the illegal and unjust laws of New York State that violate the Constitution of our great nation. and If with in the Courts power to release me from jail.

please See additional pages for more Info.

# ERIE COUNTY CORRECTIONAL FACILITY
## 11581 Walden Avenue   Alden, NY 14004

Additional page #1        8-14-25           Daniel Gonzalez

II. Statement of Claim:

On or about may 25, 2024 the defendants I have named, Started their invasions of my Civil and human right.

Number 1.) The City of Buffalo police deprived me of my Second amendment rights, to Keep and bear Arms, I am of good moral Character as a citizen of the United States, I was exercising my God given and constitutional given rights to bear Arms to which shall not be infringed upon by any State and laws with in, no law may be passed that infringes upon any constitutional rights nor shall any police or Court enforce any laws that infringes upon said rights. Without provocation Buffalo police officers did Knowingly violate my Civil rights, Police using extreme force and violence to take my personal and privet property with illegal search and seizure, depriving me of my freedom, with out due process also depriving me of life, liberty, and the pursuit of happiness. trying to enforce an illegal law against my Second amendment Rights. Yet the police who took an oath to Protect and Serve, Violated more Civil rights as time when on.

Number 2.) Kathy Hochul who as the Governor of New York State did Knowingly violate the Constitution of the United States with reckless disregard for the Civil rights of the Citizens, by writting and signing into New York state law, laws that deprive and violate the people of New York state of their Constitutional rights, My Rights deprived, to one end to the establishment of absolute Tyranny. Turning good people into Criminals as was done to me. I the end placing me in jail not allowing me to make grievance to how I am being violated nor my I speek in my own defense of allegations, Kathy Hochul in her egregious violations of my rights has made it a law that one as myself should placed in jail to made a slave of the state given a number for my name.

Next Page   ON BACK →

Making me property.

(Number 3) Erie County Correctional facility, did and does willfuly and knowing violate my freedom of Religion, they allow Christians and Moslems to have Services and all the other things there religion requires, but no religions are able to do so, I being Jewish have religous requiresment. that are not being meet, I have asked staff all the time for a Ribbi to come here, a Torah and them to feed me clean Kosher food. Yet nothing has been done. The other religions here Christian and Moslem have there needs met, It sickings me the bias that still goes on when Staff working here will say Sorry Jew! we don't have any Jewish things for you here Jew! they say Jew in a nasty way, or saying things like you people, your kind, even allowing other inmates to say, I hate Jew's, Jew's should all die. While staff just laughs as if it was all a joke. There are more then 2 religions in the world, and the Christian and Moslem religions come from the Jews. In stead I am forced to eat unclean food on unclean trays made by unclean people, I am made to drink unclean water from unclean sinks water is all we are given to drink. There are more violations of the following against human rights laws. I am forced to be made naked in puplic aginst my will strip searched by both male and female gards. I am forced to shower where others can see my nakedness with no doors or walls where gards both male and female can see. I am forced to use unclean bathrooms with no doors or walls to which others can see my uncleanness and male and female gards can see me.

(ON NEXT PAGE #2) →

# ERIE COUNTY CORRECTIONAL FACILITY
### 11581 Walden Avenue    Alden, NY 14004

Additional Page #2    8-14-25    Daniel Gonzalez: III Statement of Claim
I am forced to sleep on unsafe old bunk beds. I am forced to live with Convicted murders, killers, rapist. to which I am here on a violation, nothing close to what the crimes these people are convicted of. I am forced to live with people who have mental illness making it vary unsafe. I am being held against my will, by armed men, being made a slave to the County, State. I am forced to breath unclean air with black mold on the walls and floors with crakes in both allowing vermen to come and go. If I speek to how I am mistreated to the staff in a respectful way, I am met with violence and forced by armed men in to the box. for days weeks, months. with no movement, no fresh air, no daylight. I am in the costudy of Erie County meaning in there care to which there is no care. The gards sleep when they are working, the gards turn a blind eye when there fights or when people get hurt all of which I have stated above is in violation of Human rights laws. and more.

Number 4) John Garcia's negligence as Erie County Sheriff who is the one person that has the power to fix all of the issuses with in the County Jail, knowingly and willfuly does nothing even when issuses are made public in pages and T.V. He knowingly violates civil and human rights laws.

IV. Relief
I now have P.T.S.D., emotional distress, emotional injury phyiscal distress, phyiscal injury, stress, shortenss of Breath weight changs, pain in my back, neck, head, can't sleep, I live in fear of my life, I live with hazardous and life threating people. I feel sick from eating the food, loss of income from not working, being made a slave, the loss of property, The loss of freedom, my civil rights being violated

on Back

My losses are so great, I don't know where to begain or to End. I just know I will never be the same.

To Court Clerk,

Please send me any paper work I will need to keep my quest for justice moving forward. I would also move this Court to allow me to proceed as in Forma Pauperis because I have no money. I am not working at this time,

Thank you.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8-14-25

Signature of Plaintiff: *Daniel Gonzalez*

Printed Name of Plaintiff: Daniel Gonzalez ; ICN: 149296

### B. For Attorneys

Date of signing: _____

| | |
|---|---|
| Signature of Attorney | N/A |
| Printed Name of Attorney | N/A |
| Bar Number | N/A |
| Name of Law Firm | N/A |
| Street Address | N/A |
| State and Zip Code | N/A |
| Telephone Number | N/A |
| E-mail Address | N/A |

Daniel Gonzalez 14296
11581 Walden Ave – Alden, New York 14004

ATTN: Clerks Office
United States CourtHouse
2 Niagara Square
Buffalo, New York 14202